# Exhibit 1

LIBER 1122 PG 402

| Original - Court<br>1st copy - Subject | 2nd copy - Return<br>Additional copies as needed |

Approved, SCAO

PROBATE OSM CODE: MOT, OSC

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF KENT | MOTION AND ORDER TO<br>SHOW CAUSE | CASE NO.<br>10-187966-CA |

Court address
180 OTTAWA AVENUE NW, SUITE 2500, GRAND RAPIDS, MICHIGAN 49503

Court telephone no.
(616) 632-5440

Plaintiff(s)/Petitioner(s)          v          Defendant(s)/Respondent(s)/Probationer

☒ Probate   In the matter of   JAMES PETER CROWLEY

☐ Juvenile   In the matter of

**MOTION AND AFFIDAVIT**

1. I am interested in this matter as   Judge

2. Roland L. Bessette   has not complied with an order dated   09-02-11
   Name (type or print)
   by failing to appear for scheduling conference..

3. I request an order directing   Roland L. Bessette   to show cause why:
   Name (type or print)
   ☒ a. he/she should not be found in   ☒ civil   ☐ criminal   contempt of court.
   ☐ b. judgment should not be entered against him/her (as surety/agent) for the full amount of recognizance.
   ☐ c. judgment should not be entered against him/her for failure to file a garnishee disclosure.

4. This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this motion and affidavit.

Signature

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                        Date

My commission expires: _____   Signature: _____
                        Date
Notary public, State of Michigan, County of _____

**ORDER**

TO:   ROLAND L. BESSETTE P37549
      DEPT. OF VETERANS AFFAIRS REGIONAL COUNSEL
      477 MICHIGAN AVE., ROOM 1460
      DETROIT, MI 48226
      313-471-3644   roland.bessette@va.gov

If you require special accommodation to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

IT IS ORDERED:

5. You are ordered to appear before this court on   December 19, 2011,   at 3:30 p.m.
                                                    Date                   Time
   ☒ the court address above.
   at ☒ courtroom number   9C
   ☐ _____
   to show cause why
   ☒ you should not be held in   ☒ civil   ☐ criminal   contempt for failure to appear for scheduling conference.
   ☐ a judgment should not be entered against you
   ☐ your case should not be dismissed
   ☐ other: _____
   for the reasons stated in the motion.

6. Failure to appear for a contempt hearing may result in a bench warrant being issued for your arrest.

7. A copy of this must be served   ☐ personally   ☒ by mail   and by email address as listed in the State Bar directory
   at least 5 days before the hearing.

11-21-11
Date

Judge David Murkowski   P35026

MC 230 (3/09) **MOTION AND ORDER TO SHOW CAUSE**   MCR 2.108(D), MCR 3.606(A), MCR 5.108